UNITED STATES DISTRICT COURT
District of Maine

| | | |
|---|---|---|
| WENDY DUNLEA, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | **Civil No. 06-92-B-S |
| UNITED STATES OF AMERICA, | ) | Civil No. 08-33-B-S |
| | ) | |
| Defendants | ) | |
| | ) | |
| | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on July 15, 2008, her Recommended Decision (Docket No. 14). Plaintiff Wendy Dunlea filed her Objection to the Recommended Decision (Docket No. 15) on July 28, 2008.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is **ORDERED** that Plaintiff's request for change of venue is **DENIED**.

3. It is **ORDERED** that Plaintiff's 28 U.S.C. § 2255 Motion (Docket No. 1) is **DENIED**.

    4.       The certificate of appealability shall not issue as there is no substantial issue that could be presented on appeal.

                                                  /s/George Z. Singal_____
                                                  Chief U.S. District Judge

Dated: August 20, 2008